**FILED**

**AUG 07 2013**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____CS_____
    DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NUMBER: 2:12-cr-00260-KJM |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE |
| ) | OF PERSON IN CUSTODY |
| EDGAR GALVAN-HERNANDEZ, ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release Edgar Galvan-Hernandez; Case 2:12-cr-00260-KJM from custody for the following reasons:

    __  Release on Personal Recognizance

    __  Bail Posted in the Sum of _____

    __  Unsecured Appearance Bond in the amount of $

    __  Appearance Bond with 10% Deposit

    __  Appearance Bond secured by Real Property

    __  Corporate Surety Bail Bond

    _X_  (Other) Time Served.

Issued at Sacramento, CA on 8/7/13 at 1:10 p.m.

By _____
Kimberly J. Mueller
United States District Judge